# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 17-469V
Filed: May 10, 2018
UNPUBLISHED

| | |
|---|---|
| BARBARA JAYNE,<br><br>　　　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Pneumococcal Conjugate Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Leah VaSahnja Durant*, Law Offices of Leah V. Durant, PLLC, Washington, DC, for petitioner.
*Christine Mary Becer*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On March 31, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA") as a result of her pneumococcal vaccination received on January 20, 2016. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 20, 2017, a ruling on entitlement was issued, finding petitioner entitled to compensation for SIRVA. On May 9, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $77,746.25 ($77,500.00 for pain and suffering and $246.25 for past unreimbursable expenses).

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Proffer at 1-2.  In the Proffer, respondent represented that petitioner agrees with the proffered award.

      Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

      Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $77,746.25 ($77,500.00 for pain and suffering and $246.25 for past unreimbursable expenses) in the form of a check payable to petitioner, Barbara Jayne.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

      The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                           **s/Nora Beth Dorsey**
                                           Nora Beth Dorsey
                                           Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| BARBARA JAYNE, ) ) Petitioner, ) ) v. ) ) SECRETARY OF HEALTH AND HUMAN SERVICES, ) ) Respondent. ) | No. 17-469V Chief Special Master Dorsey ECF |

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On December 18, 2017, respondent filed a Vaccine Rule 4(c) report concluding that petitioner suffered an injury that is compensable under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§300aa-10 to -34.  Accordingly, on December 20, 2017, the Chief Special Master issued a Ruling on Entitlement.

**I.      Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $77,746.25 ($77,500.00 for pain and suffering and $246.25 for past unreimbursable expenses) which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1]  Petitioner agrees.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

**II.** **Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $77,746.25 in the form of a check payable to petitioner. Petitioner agrees.

                                      Respectfully submitted,

                                      CHAD A. READLER
                                      Acting Assistant Attorney General

                                      C. SALVATORE D'ALESSIO
                                      Acting Director
                                      Torts Branch, Civil Division

                                      CATHARINE E. REEVES
                                      Deputy Director
                                      Torts Branch, Civil Division

                                      HEATHER L. PEARLMAN
                                      Assistant Director
                                      Torts Branch, Civil Division

                                      _s/Christine Mary Becer_
                                      CHRISTINE MARY BECER
                                      Trial Attorney
                                      Torts Branch, Civil Division
                                      U.S. Department of Justice
                                      P.O. Box 146
                                      Benjamin Franklin Station
                                      Washington, D.C. 20044-0146
                                      Tel:  (202) 616-3665

Date:     May 9, 2018